Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
December 22, 2006

No. 06-4890
1:05-cr-00254

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

CHRISTOPHER BRIAN KIRKLAND

        Defendant - Appellant

---------
O R D E R
---------

Counsel has filed a certificate of confidentiality indicating that sealed documents are included or disclosed in Volume II of II of the joint appendix.

The Court seals Volume II of II of the joint appendix.

Any additional materials the parties wish to file under seal must be accompanied by either a certificate of confidentiality or a motion to seal.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK